**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 76 MAL 2015
                                                    :
                     Petitioner        : Petition for Allowance of Appeal from the
                                                      : Order of the Superior Court
                                                    :
                         v.                            :
                                                      :
                                                      :
EDWARD YALE,                              :
                                                    :
                    Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.